**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.                                            Case No. 3:08cv285/LAC

W. ALAN PAUL, ESTATE OF
KEVIN JOSEY, and MIKE JOSEY
CONSTRUCTION, INC. ,

    Defendants.
_____/

## ORDER

    Before the Court are Motions to Strike filed by Defendant W. Alan Paul (doc. 6) and by Plaintiff American General Life Insurance Company (doc. 20). The motions have not been opposed. There being no apparent right to attorneys fees for either party either through contract or by prevailing Florida law, the motions are **GRANTED.** The demands for attorney fees in the complaint and Defendant Paul's counterclaim are hereby **STRICKEN.**

    **ORDERED** on this 4th day of February, 2009.

                                          s/*L.A. Collier*
                                          Lacey A. Collier
                                      Senior United States District Judge