# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.                                                           Case No. 3:08cv285/LAC

W. ALAN PAUL, ESTATE OF
KEVIN JOSEY, and MIKE JOSEY
CONSTRUCTION, INC. ,

    Defendants,

v.

JOSEPH J. SIRICO,

    Third Party Defendant,

v.

EXAMONE WORLD WIDE, INC.,

    Third Party Defendant,
_____/

## ORDER OF DISMISSAL

        The Mediator has informed the Court that a settlement has been reached between the parties. Therefore, this case is DISMISSED from the active docket of the Court, with each party to bear its own fees and costs. In the event that the settlement is not consummated, the

Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

**ORDERED** on this 7th day of May, 2009.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge
